# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

MARK ANTHONY PORTER
REG. #24334-009                                                                                    PETITIONER

VS.                                      4:11CV00656 BRW/JTR

UNITED STATES OF AMERICA                                                          RESPONDENT

## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION
## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Billy Roy Wilson. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the

United States District Judge, you must, at the same time that you file your written objections, include a "Statement of Necessity" that sets forth the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence to be proffered at the requested hearing before the United States District Judge was not offered at the hearing before the Magistrate Judge.

3. An offer of proof setting forth the details of any testimony or other evidence (including copies of any documents) desired to be introduced at the requested hearing before the United States District Judge.

From this submission, the United States District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite 402
> Little Rock, AR 72201-3325

## I. Introduction

Petitioner, Mark Anthony Porter ("Porter"), who is currently confined at FCI Victorville in Adelanto, California, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Docket entry #1). In his Petition, he argues that his prior criminal history was improperly calculated with two prior convictions that were

in fact adjudicated in his favor.

On March 1, 2007, Porter entered a guilty plea, in the Eastern District of Arkansas, to possession of stolen firearms in violation of 18 U.S.C. § 922(j). *See United States v. Porter*, E.D. Ark. No. 4:06CR00337-1 BRW at docket entry #31. On July 6, 2007, United States District Judge Billy Roy Wilson sentenced him to 120 months in the BOP. *Id.* at docket entry #40. Porter did not appeal his sentence to the Eighth Circuit Court of Appeals.

On June 1, 2009, Porter filed a Motion to Vacate Under 28 U.S.C. § 2255, raising various ineffective assistance of counsel claims. *Id.* at docket entry #47. On June 3, 2009, Judge Wilson entered an Order denying § 2255 relief. *Id.* at docket entry #49. Porter did not appeal the denial of § 2255 relief.

Porter filed the current habeas action on August 29, 2011. According to Petitioner, his § 2241 habeas claim is cognizable because it fits within the "savings clause" contained in § 2255. *See Hill v. Morrison*, 349 F.3d 1089, 1091 (8th Cir. 2003).

For the reasons set forth below, the Court recommends that the habeas Petition be dismissed, without prejudice.

## II. Discussion

Porter is correct that he may attempt to pursue § 2241 habeas relief if he can

establish that the § 2255 remedy is "inadequate or ineffective." However, 28 U.S.C. § 2241(a) and 2243 specify that such a habeas action must be filed in the district of *incarceration*. Thus, this Court lacks subject-matter jurisdiction.

If Porter wishes to pursue § 2241 relief, he should file his Petition in the United States District Court for the Central District of California, and name the Warden of FCI Victorville as the Respondent.

### III. Conclusion

IT IS THEREFORE RECOMMENDED THAT the Petition for a Writ of Habeas Corpus, under 28 U.S.C. § 2241 (docket entry #1), be DISMISSED, WITHOUT PREJUDICE.

DATED this 22nd day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE