IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARK ANTHONY PORTER**
**REG. #24334-009**                                                                                    **PETITIONER**

v.                                          4:11CV00656-BRW

**UNITED STATES OF AMERICA**                                                          **RESPONDENT**

## JUDGMENT

Based on the Order that was entered today, this case is DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 7th day of October, 2011.


                                                            /s/Billy Roy Wilson
                                                            UNITED STATES DISTRICT JUDGE